# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES HICKS, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00056 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION |

Plaintiff Rick Hazeltine is a civil detainee proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 on January 15, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 3, 2015, the Magistrate Judge issued Findings and Recommendations that the action be ORDERED to proceed on the following claim: Excessive force in violation of the Eighth Amendment against Defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho. The Magistrate Judge recommended that all other claims, and Defendants Frances Hicks and Aldo Mendez, be DISMISSED from the action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fourteen (14) days. Over fourteen days have passed and Plaintiff has not filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 3, 2015, are ADOPTED in full;

2. This action is ORDERED to proceed on the following claim: Excessive force in violation of the Eighth Amendment against Defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho;

3. All other claims, and Defendants Frances Hicks and Aldo Mendez, are DISMISSED from the action.

IT IS SO ORDERED.

Dated:   **April 23, 2015**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE