1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11 RICK HAZELTINE,                    Case No.  1:14-cv-00056 LJO DLB PC

12          Plaintiff,                ORDER GRANTING PLAINTIFF'S
                                      MOTION TO FILE AMENDED
13     v.                             COMPLAINT

14 FRANCES HICKS, et al.,             [ECF No. 17]

15          Defendants.

16

17        Plaintiff Rick Hazeltine, a civil detainee proceeding pro se and in forma pauperis, filed

18 this civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2014.  The matter was

19 referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local

20 Rule 302.

21        On January 30, 2015, the Court screened the Complaint and determined that it stated a

22 claim of excessive force in violation of the Eighth Amendment against Defendants Ian Young,

23 Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia,

24 Rickey Smith, and Charles Ho.  Plaintiff was notified that he could proceed on the above claim

25 or file an amended complaint.  On February 20, 2015, Plaintiff filed a notice of his willingness to

26 proceed on the above claim.  Therefore, on March 3, 2015, the Court issued a Findings and

27 Recommendation that all other claims and defendants be dismissed, and the case proceed on

28 Plaintiff's claim of excessive force against the above-named defendants.  Plaintiff did not file

1

1  objections.   Accordingly, on April 23, 2015, the District Court adopted the Findings and
2  Recommendation in full and ordered the matter to proceed on Plaintiff's claim of excessive
3  force.  The Court dismissed all other claims, and Defendants Frances Hicks and Aldo Mendez
4  from the action.

5      On May 21, 2015, Plaintiff moved to amend the complaint.  Rule 15(a) of the Federal
6  Rules of Civil Procedure provides that a party may amend its pleading once as a matter of course
7  within 21 after serving the pleading, or if the pleading is one to which a responsive pleading is
8  required, 21 days after service of a responsive pleading or 21 days after service of a motion
9  under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a).  In this case, Defendants
10 filed answers to the complaint after Plaintiff moved to amend.  Therefore, pursuant to Rule 15(a),
11 Plaintiff may amend his complaint as a matter of course.

12     Accordingly, Plaintiff is GRANTED thirty (30) days from the date of service of this
13 order to file a First Amended Complaint.

14
15 IT IS SO ORDERED.

16    Dated:   **June 4, 2015**                    /s/ *Dennis L. Beck*
17                                        UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28