# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES HICKS, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00056 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION |

    Plaintiff Rick Hazeltine is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 15, 2014. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 17, 2015, the Magistrate Judge issued Findings and Recommendations that recommended the action be ORDERED to proceed on the following claim: Excessive force in violation of the Fourteenth Amendment against Defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho. It was further recommended that any remaining claims be DISMISSED from this action. The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty days have passed and no party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed July 17, 2015, are ADOPTED in full;

2. This action is ORDERED to proceed on the following claim: Excessive force in violation of the Fourteenth Amendment against Defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho; and

3. All remaining claims are DISMISSED from this action.

IT IS SO ORDERED.

Dated:   **August 21, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE