# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>  Plaintiff,<br><br>vs.<br><br>FRANCES HICKS, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-00056 DAD DLB PC<br><br>**ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER**<br>[ECF No. 45]<br><br>Discovery cut-off: July 25, 2016<br>Dispositive motion deadline: September 23, 2016 |

   Plaintiff Rick Hazeltine is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On August 25, 2015, the Court issued a discovery and scheduling order in this matter. The discovery cut-off was set for January 25, 2016, and the dispositive motion deadline was set for March 24, 2016.  On January 20, 2016, the parties filed a stipulated request to modify the discovery and scheduling order in order to complete discovery.  The Court granted the stipulated request and moved the discovery cut-off to March 24, 2016, and the dispositive motion deadline to May 24, 2016.

   On May 19, 2016, the parties filed a stipulated request to modify the discovery and scheduling order to extend discovery and dispositive motion deadlines by sixty (60) days.

Modification of the pretrial scheduling order requires a showing of good cause.  Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1087 (9th Cir. 2002) (quoting Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 607 (9th Cir. 1992)).  "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted."  Id.

Here, the parties request modification in order to complete discovery.  Plaintiff and Defendants state they inadvertently served untimely discovery requests.  In addition, Plaintiff states he was unaware that his discovery to Defendants had been improperly propounded.  The parties agree that modification of the scheduling order would prevent any undue prejudice because discovery of evidence by both parties would be disallowed if modification was not granted.  In light of the foregoing, the Court finds good cause to modify the scheduling order.

Accordingly, IT IS HEREBY ORDERED that the discovery and scheduling order is modified: the discovery cut-off deadline is moved to **July 25, 2016**; and the dispositive motion deadline is moved to **September 23, 2016**.

IT IS SO ORDERED.

Dated:   **May 24, 2016**                              **/s/ Sandra M. Snyder**
                                                                       UNITED STATES MAGISTRATE JUDGE