# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE,<br><br>       Plaintiff,<br><br>   vs.<br><br>FRANCES HICKS, et al.,<br><br>       Defendants. | 1:14-cv-00056-DAD-GSA-PC<br><br>ORDER FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO DECLARE A CONFLICT OF INTEREST WITHIN THIRTY DAYS<br>(ECF No. 55.) |

Rick A. Hazeltine ("Plaintiff") is a civil detainee proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on July 6, 2015, on the following claim: Excessive force in violation of the Fourteenth Amendment against Defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho (collectively "Defendants").  (ECF No. 27.)[1]

On October 5, 2016, Plaintiff filed a motion to declare a conflict of interest with the Office of the Attorney General/Department of Justice.  (ECF No. 55.)  More than twenty-one days have passed, and Defendants have not filed an opposition or statement of non-opposition to the motion, pursuant to Local Rule 230(*l*).

---

[1] On August 21, 2015, the Court issued an order dismissing all remaining claims from this case. (ECF No. 29.)

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to declare a conflict of interest with the Office of the Attorney General/Department of Justice, filed on October 5, 2016.

IT IS SO ORDERED.

Dated:   **December 29, 2016**                      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE