UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE, | 1:14-cv-00056-DAD-GSA-PC |
| Plaintiff, | ORDER OVERRULING PLAINTIFF'S OBJECTION TO REPEATED SUBSTITUTION OF COUNSEL (ECF No. 80.) |
| vs. | |
| FRANCES HICKS, et al., | |
| Defendants. | |

Rick Hazeltine ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds with Plaintiff's First Amended Complaint filed on July 6, 2015, on the following claim: Excessive force in violation of the Fourteenth Amendment against defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Rickey Smith, and Charles Ho (collectively "Defendants").  (ECF No. 27.)

On December 26, 2017, Plaintiff filed an objection to Defendants' repeated substitutions of counsel.  (ECF No. 80.)  Plaintiff contends that because Defendants have not stated a valid reason for the substitutions, the substitutions appear "suspicious."  (Id. at 1:23.) Plaintiff asserts that since the beginning of this case, Coalinga State Hospital, Defendants' employer, has "lied, manipulated, tampered with mail, committed perjury, etc., all in what appears to be an attempt to effectuate a desired outcome on behalf of the defendants."  (Id. at

1

1:23-27.) Plaintiff asserts that each time he has shown that wrongdoing exists in this case, counsel is abruptly substituted.

Plaintiff also argues that this case is unfair because Defendants have received free professional representation, even though they unjustly assaulted Plaintiff, while Plaintiff is a high school dropout with no formal training in law. Plaintiff asserts that he is the victim, yet has no investigators or other assistants to help him.

Plaintiff presents no evidence except his own speculation that Defendants are involved in any wrongdoing with respect to their substitutions of counsel. Plaintiff's argument that this case is unfair because he is representing himself is unavailing. Therefore, Plaintiff's objection to Defendants' repeated substitutions of counsel shall be overruled.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's objection, filed on December 26, 2017 is OVERRULED.

IT IS SO ORDERED.

Dated:   **January 8, 2018**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE