UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANCES HICKS, et al.,<br><br>        Defendants. | 1:14-cv-00056-DAD-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S MOTION<br>(ECF No. 92.) |

    Rick Hazeltine ("Plaintiff") is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is set for trial on July 10, 2018, at 8:30 a.m. before the Honorable Dale A. Drozd.

    On March 12, 2018, Plaintiff filed a motion requesting the court to address a discovery issue which was resolved in the court's order of January 8, 2018. (ECF No. 92). In the order the court advised Plaintiff that "[n]o further objections or motions for reconsideration concerning Plaintiff's motions to compel or other discovery issues shall be considered by the Court." (ECF No. 81 at 5 ¶V3.) Therefore, the court shall not consider Plaintiff's motion, and the motion shall be stricken from the record.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on March 12, 2008, is STRICKEN from the record.

IT IS SO ORDERED.

   Dated:   **March 15, 2018**            **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE