# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE, | 1:14-cv-00056-DAD-GSA-PC |
| Plaintiff, | |
| vs. | |
| FRANCES HICKS, et al., | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendants. | **AD TESTIFICANDUM** |

Rick Hazeltine, ID # CO-000150-3, is a necessary and material person in a settlement conference in this case which is scheduled on July 19, 2018. He is currently detained at Coalinga State Hospital (CSH), in the custody of the Executive Director. In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Erica P. Grosjean at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721, on Thursday, July 19, 2018 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director to produce the detainee named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Executive Director, CSH, P. O. Box 5000, Coalinga, California 93210:**

**WE COMMAND** you to produce the detainee named above to appear before Magistrate Judge Grosjean at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.



IT IS SO ORDERED.

Dated:  **June 3, 2018**         **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE