UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE,<br><br>Plaintiff,<br><br>v.<br><br>IAN YOUNG, BENJAMIN GAMEZ, RASHAUN CASPER, JULIUS OLDAN, PORFIRIO SANCHEZ NEGRETE, DAVID AVILIA, CHARLES HO, and RICKEY SMITH,<br><br>Defendants. | No. 1:14-cv-00056-DAD-GSA<br><br>ORDER REOPENING DISCOVERY<br><br>(Doc. No. 96) |

Plaintiff Rick Hazeltine is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. This case now proceeds pursuant to plaintiff's First Amended Complaint filed on July 6, 2015, on plaintiff's claim for excessive use of force in violation of the Fourteenth Amendment against defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Charles Ho, and Rickey Smith. (Doc. No. 27.) This case is scheduled for a settlement conference on July 19, 2018, at 1:00 p.m. before U.S. Magistrate Judge Erica P. Grosjean and for jury trial on August 7, 2018, at 1:00 p.m. before the undersigned.

On June 14, 2018, the court issued an order granting in part plaintiff's motion for the attendance of incarcerated witnesses at trial. (Doc. No. 115.) That order permitted plaintiff to

select no more than two incarcerated individuals to serve as witnesses at trial, and directed plaintiff to provide notice to the court as to which individuals he sought to have testify. On June 28, 2018, plaintiff provided such notice. (Doc. No. 116.) In addition, the court's order noted that upon receipt of plaintiff's notice, discovery would be automatically reopened for the limited purpose of allowing defendants to depose those individuals prior to trial.

Accordingly,

1. Discovery is now re-opened until July 31, 2018, for the limited purpose of allowing defendants to depose Stephen Arnold, # 607-2, and Rodney Short, #499-4; and
2. In due course, the court shall issue writs of habeas corpus *ad testificandum* to transport these two individuals to testify at trial.

IT IS SO ORDERED.

Dated: **July 2, 2018**

_____
UNITED STATES DISTRICT JUDGE