UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| RICK HAZELTINE,<br>　　　　Plaintiff,<br>v.<br>FRANCES HICKS, et al.,<br>　　　　Defendants. | 1:14-cv-00056-DAD-GSA (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT RODNEY SHORT, CO# 499-4, PLAINTIFF'S WITNESS<br><br>DATE: AUGUST 7, 2018<br>TIME: 1:00 p.m. |
|---|---|

　　　Rodney Short, civil detainee, CO#499-4, a necessary and material witness for the plaintiff in proceedings in this case on August 7, 2018, is confined at Coalinga State Hospital, 24511 W. Jayne Ave, Coalinga, CA 93210, in the custody of the Executive Director. In order to secure this detainee's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee in Courtroom #5, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 7, 2018, at 1:00 p.m.

　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Executive Director of Coalinga State Hospital to produce the detainee named above to testify in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the detainee to the above institution;

　　　2. The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Executive Director of Coalinga State Hospital**

　　　**WE COMMAND** you to produce the detainee named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the detainee to the above institution.



　　　**FURTHER**, you have been ordered to notify the court of any change in custody of the detainee and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

　Dated:　**July 5, 2018**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE