
FILED
JUL 19 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANCES HICKS, et al.,<br><br>　　　　Defendants. | 1:14-cv-00056-DAD-GSA-PC<br><br>NOTICE AND ORDER THAT INMATE WITNESS IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED (ECF No. 111.)<br><br>**As to Rick Hazeltine #CO-000150-302563** |

　　　The settlement conference for this matter commenced on July 19, 2018 at 1:00 p.m., and Plaintiff Rick Hazeltine, inmate, has given testimony before the Court. Inmate witness **Rick Hazeltine #CO-000150-302563** is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus *ad testificandum* as to this inmate, issued on June 4, 2018, is HEREBY DISCHARGED.

DATED: July 19, 2018

　　　　　　　　　　　　　　　　　　　E. P. _____
　　　　　　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE ERICA P. GROSJEAN