| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| RICK. A. HAZELTINE, | No. 1:14-cv-00056-DAD-GSA |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL |
| IAN YOUNG, BENJAMIN GAMEZ, RASHAUN CASPER, JULIUS OLDAN, PORFIRIO SANCHEZ NEGRETE, DAVID AVILIA, CHARLES HO, and RICKEY SMITH, | (Doc. No. 124) |
| Defendants. | |

Plaintiff Rick Hazeltine is a civil detainee proceeding *pro se* and *in forma pauperis* with this civil rights action brought pursuant to 42 U.S.C. § 1983. This case now proceeds on plaintiff's First Amended Complaint filed on July 6, 2015, which alleges a claim of excessive use of force in violation of the Fourteenth Amendment against defendants Ian Young, Benjamin Gamez, Rashaun Casper, Julius Oldan, Porfirio Sanchez Negrete, David Avilia, Charles Ho, and Rickey Smith. (Doc. No. 27.) This case is scheduled for trial on August 7, 2018, at 1:00 p.m. before the undersigned.

On July 16, 2018, plaintiff filed a motion to compel. (Doc. No. 124.) Therein, plaintiff requests that the court compel defendants to "produce the missing documents and things which they listed as defendants' exhibit B [in] defendants' trial exhibit binder." (Doc. No. 124 at 1:20-

1

22.) The Exhibit B referred to by plaintiff is described as the "incident report for case #13091383 dated 9-14-13 by Coalinga State Hospital Police Department, (bates No. AOG 161-207)." (Doc. No. 124 at 1:22-25.) Plaintiff contends that the incident report is incomplete, because seven different attachments to the incident report were not provided to him in the defendants' trial exhibit binder which he received.

Due to the fast approaching trial, the court will require defendants to file a written response to plaintiff's motion to compel no later than July 27, 2018. On or before that date, defendants shall either: (1) provide plaintiff with the documents requested in his motion to compel and file a proof of service with the court so reflecting, or (2) file objections to plaintiff's motion to compel, stating with specificity the grounds for the objections.

IT IS SO ORDERED.

Dated: **July 20, 2018**

UNITED STATES DISTRICT JUDGE