UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>IAN YOUNG, BENJAMIN GAMEZ, RASHAUN CASPER, JULIUS OLDAN, PORFIRIO SANCHEZ NEGRETE, DAVID AVILA, CHARLES HO, AND RICKEY SMITH,<br><br>　　　　Defendants. | 1:14-cv-00056-DAD-GSA-PC<br><br>ORDER ADDRESSING PLAINTIFF'S REQUEST TO WEAR CIVILIAN CLOTHING AT TRIAL<br>(ECF No. 135.)<br><br>**Jury Trial**:　August 7, 2018 at 1:00 p.m.<br>　　　　　　In Courtroom 5 (DAD) |

　　　This case is scheduled for jury trial on August 7, 2018 at 1:00 p.m. at the United States Courthouse, 2500 Tulare Street, Fresno, California, in Courtroom 5, Seventh Floor, before the Honorable Dale A. Drozd. On July 26, 2018, plaintiff Rick Hazeltine requested court assistance to obtain civilian clothing for plaintiff to wear at trial. (ECF No. 135.)

　　　Plaintiff is not precluded from wearing his own civilian clothing at trial. Plaintiff's family or friends are permitted to bring clothing for Plaintiff to wear at trial, subject to a search by the United States Marshal. Clothing for plaintiff to wear at trial may be brought by plaintiff's family or friends to the courthouse on the date of trial, August 7, 2018, **no later than 8:30 a.m.**, and relinquished to Court Security Officers **with a copy of this order** at the front entrance inside the courthouse. Court Security Officers shall forward the clothing to the United

States Marshal and then notify the Chambers of District Judge Dale A. Drozd that clothing for plaintiff Rick Hazeltine to wear at trial has been received.

This order resolves Plaintiff's request to wear civilian clothing at trial, filed on July 26, 2018.

IT IS SO ORDERED.

Dated: **July 30, 2018**          **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE