UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE,<br><br>Plaintiff,<br><br>v.<br><br>IAN YOUNG, BENJAMIN GAMEZ, RASHAUN CASPER, JULIUS OLDAN, PORFIRIO SANCHEZ NEGRETE, DAVID AVILIA, CHARLES HO, and RICKEY SMITH,<br><br>Defendants. | No. 1:14-cv-00056-DAD-GSA<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO SEAL<br><br>(Doc. No. 151) |

On July 31, 2018, defendants submitted Trial Exhibit C (Bates Stamped Nos. AOG 208 through AOG 322), an exhibit contained within defendants' second supplemental exhibit list. (Doc. No. 148.) On August 1, 2018, defendants filed a notice of request to seal that Exhibit because it contains plaintiff's individually identifiable health information, as well as plaintiff's name and birthdate. (Doc. No. 151.) Good cause appearing, the Clerk of the Court is directed to file Exhibit 1 (Doc. No. 148) under seal.[1]

IT IS SO ORDERED.

Dated: **August 1, 2018**

UNITED STATES DISTRICT JUDGE

---

[1] The parties are not required to file trial exhibits on the court's docket, and are instructed to refrain from doing so.

1