UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE,<br><br>                Plaintiff,<br><br>    v.<br><br>IAN YOUNG, et al.,<br><br>                Defendants. | Case No.: 1:14-cv-00056-DAD-GSA<br><br>**ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON AUGUST 8, 2018, AT 8:30 A.M.** |

      Plaintiff Rick Hazeltine, CO-000150-3, shall be produced to testify before the United States District Court, in Courtroom 5 on the 7th floor, at 2500 Tulare Street in Fresno, California, at 8:30 a.m. on Wednesday, August 8, 2018, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: __**August 7, 2018**__             _/s/ Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE