UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK HAZELTINE, | Case No.: 1:14-cv-00056-DAD-GSA |
| Plaintiff, | **NOTICE AND ORDER THAT RODNEY SHORT, CDCR# 499-4, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED** |
| v. | |
| IAN YOUNG, et al., | |
| Defendants. | |

Jury trial in this matter commenced on August 7, 2018. Inmate witness Rodney Short, CDCR #499-4, is no longer needed by the court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED and the inmate may be returned to his housing unit.

IT IS SO ORDERED.

Dated:   **August 8, 2018**            _Dale A. Drozd_____
                                        UNITED STATES DISTRICT JUDGE

1