1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11   RICK HAZELTINE,                               Case No.: 1:14-cv-00056-DAD-GSA

12                    Plaintiff,                  **NOTICE AND ORDER THAT STEPHEN ARNOLD CDCR# 607-2, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED**

13            v.

14   IAN YOUNG, et al.,

15                    Defendants.

16

17        Jury trial in this matter commenced on August 7, 2018.  Inmate witness Stephen Arnold,

18   CDCR #607-2, is no longer needed by the court as a witness in these proceedings. Accordingly,

19   the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED and the

20   inmate may be returned to his housing unit.

21   IT IS SO ORDERED.

22   Dated:   **August 8, 2018**            _____

23                                          UNITED STATES DISTRICT JUDGE

24
25
26
27
28

1