1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   RICK HAZELTINE,                         Case No.:  1:14-cv-00056-DAD-GSA

12              Plaintiff,                    **ORDER PLAINTIFF NO LONGER
                                              REQUIRED FOR TRIAL**
13         v.

14   IAN YOUNG, et al.,

15              Defendants.

16

17         Jury Trial as to Rick Hazeltine, CO# 000150-3, has concluded and he can be returned to

18   his permanent housing unit.

19   IT IS SO ORDERED.

20      Dated:   __**August 10, 2018**__

21                                           _____
                                             UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28
                                              1