UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
AUG 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:14-cv-00056-DAD-GSA

**CASE NAME:** RICK HAZELTINE vs. IAN YOUNG, et al.

Pursuant to Local Rule 138(f), the court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to defense counsel. Defense counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

Defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: __August 10, 2018__

_____
DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** August 10, 2018

**Plaintiff:** Rick A. Hazeltine

**Plaintiff Signature:** _____

**DATE EXHIBITS RETURNED:** August 10, 2018

**Deft Attorney:** Oliver Lewis

**Deft Attorney Signature:** _____

This document certifies that the above referenced exhibits were returned.

**Date:** August 10, 2018

_____
**RENEE GAUMNITZ**
**Courtroom Deputy**