UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK A. HAZELTINE,<br><br>  Plaintiff,<br><br>  v.<br><br>IAN YOUNG, et al.,<br><br>  Defendants. | Case No. 1:14-cv-0056-DAD-GSA<br><br>JUDGMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of defendants Ian Young, Rickey Smith, Porfirio Sanchez Negrete, Julius Oldan, David Avila, and Charles Ho and against plaintiff Rick Hazeltine on all plaintiff's claims, according to the special verdicts of the trial jury returned in open court August 10, 2018.

Dated: August 10, 2018

                              MARIANNE MATHERLY, CLERK OF THE COURT

                          By: */s/ Renée Gaumnitz*
                              Renée Gaumnitz, Deputy Clerk